Mark D. Eibert
Attorney at Law
P. O. Box 1126
Half Moon Bay, CA 94019-1126
Telephone (650) 638-2380
Facsimile (650) 712-8377

Attorney for Defendant Everardo Maldonado Aguilar

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: 00-CR-20029-003-RMW |
| Plaintiff, | ) | |
| vs. | ) | **STIPULATION AND []** |
| | ) | **ORDER REGARDING SENTENCE** |
| | ) | **REDUCTION UNDER U.S.S.G. § 1B1.1(b)** |
| EVERARDO MALDONADO AGUILAR, | ) | **AND AMENDMENT 782** |
| Defendant. | ) | |

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties acting through their respective counsel, that:

1.    Defendant is making an unopposed motion for modification of his sentence pursuant to 18 U.S.C. § 3582(c)(2).

2.    Defendant's original guideline calculation was as follows:

Total Offense Level: 35

Criminal History Category:  III

Guideline Range: 210 to 260 months

Mandatory Minimum: 120 months

3.    Defendant was sentenced to 204 months imprisonment on October 21, 2002.

STIPULATION FOR SENTENCE REDUCTION,, U.S. v. AGUILAR, Case CR-20029-RMW

1

4. According to the Bureau of Prisons, Defendant's current projected release date is August 28, 2016.

5. Effective November 1, 2014, this Court may order a modification in defendant's sentence pursuant to 18 U.S.C. § 3582(c), USSG § 1B1.10(b)(1), and Amendment 782, to the United States Sentencing Guidelines Manual.

6. Defendant's revised guideline calculation is as follows:

Total Offense Level: 33

Criminal History Category: III

Guideline Range: 168 to 210 months

Mandatory Minimum: 120 months

7. The parties have no reason to dispute the Sentence Reduction Investigation Report submitted to the Court by the Probation Office.

8. Based upon the foregoing, the parties hereby stipulate that the Court may enter an order reducing Defendant's term of custody to 181 months, effective November 1, 2015.

9. The parties further stipulate that all other aspects of the original judgment order including the length of term of supervised release, all conditions of supervision, fines, restitution, and special assessment remain as previously imposed.

10. Defendant stipulates that he waives and does not request a hearing in this matter pursuant to Fed. R. Crim. P. 43, 18 U.S.C. § 3582(c)(2), and *United States v. Booker*, 543 U.S. 220 (2005).

11. Defendant waives his right to appeal the district court's sentence.

12. Accordingly, the parties agree that an amended judgment in accordance with this stipulation may be entered by the Court in pursuant to 18 U.S.C. § 3582(c) and USSG §

1B1.10(b)(1), Amendment 782 of the Sentencing Guidelines Manual.  A Sentencing

Reduction Investigation Report and a proposed amended judgment will be submitted to

the Court.


IT IS SO STIPULATED.

Dated: February 4, 2015          */s/ J. Douglas Wilson*
                                 MELINDA L. HAAG
                                 United States Attorney
                                 J. DOUGLAS WILSON
                                 Assistant U.S. Attorney
                                 Northern District of California


Dated: February 4, 2014          */s/ Mark D. Eibert*
                                 MARK D. EIBERT
                                 Attorney for Defendant Everardo Aguilar

ORDER

Good cause appearing therefore, IT IS SO ORDERED.


Dated: Octej '42, 2015  """""""""""""""""""""  _Ronald M. Whyte_
                                 HON. RONALD M. WHYTE
                                 United States District Judge